UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PADRES UNIDOS DE TULSA, *et al.*, <br><br> *Plaintiffs-Appellees,* <br><br> v. <br><br> GENTNER DRUMMOND, *et al.*, <br><br> *Defendants-Appellants.* | Case No. 25-6080 |

**UNOPPOSED MOTION FOR
30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Fed. R. App. P. 26(b) and 27, and Cir. R. 27.6, Plaintiffs-Appellees respectfully move for a 30-day extension of time, to and including Wednesday, October 29, 2025, within which to file a response brief in this appeal. Defendants-Appellants do not object to the relief sought in this motion.

 1. Pursuant to Fed. R. App. P. 31(a)(1) and the minute order dated July 23, 2025, Plaintiffs-Appellees' response is due on September 29, 2025. Plaintiffs-Appellees have not requested any prior extensions, and this Court has previously granted one 30-day extension to Defendants-Appellants for their opening brief. ECF No. 28. No oral argument date has been set.

 2. Noor Zafar, the attorney primarily responsible for drafting Plaintiffs-Appellees' response brief, requires additional time to prepare the response. Over the next month, Ms. Zafar is responsible for preparing briefs in *Khalil v. Joyce*,

1

No. 25-2357 (3rd Cir.) (brief due Sept. 10, 2025) and *Khan Suri v. Trump*, No. 25-1560 (4th Cir.) (brief due Sept. 26, 2025). The work of Ms. Zafar on these matters limits her ability to work on this case before the current briefing deadline.

3. Cody Wofsy and Spencer Amdur have supervisory responsibility for Plaintiffs-Appellees' response. In addition to supervising the brief in this case, over the next month Mr. Wofsy is responsible for presenting oral argument on behalf of the plaintiffs-appellees in *Florida Immigrant Coalition v. Attorney General*, No. 25-11469 (11th Cir.) (argument scheduled week of Oct. 6, 2025). Mr. Wofsy and Mr. Amdur will also be responsible for supervising plaintiffs-appellee's response brief in *The Farmworker Association of Florida, Inc. v. Attorney General*, No. 25-11578 (11th Cir.) (brief due Oct. 15, 2025).

4. Plaintiffs-Appellees therefore respectfully request a 30-day extension of time to Wednesday, October 29, 2025, within which to file a response brief. A 30-day extension will not appreciably delay resolution of the case, and counsel for Plaintiffs-Appellees will exercise diligence in preparing the brief in the time requested.

5. Counsel for Plaintiffs-Appellees contacted counsel for Defendants-Appellants, who did not object to the relief sought in this motion.

## CONCLUSION

For the foregoing reasons, this Court should extend the deadline to file Plaintiffs-Appellees response brief to Wednesday, October 29, 2025.

Dated: September 2, 2025

Megan Lambert
American Civil Liberties Union of Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
T: (405) 525-3831
*mlambert@acluok.org*

Respectfully submitted,

*/s/ Noor Zafar*
Noor Zafar
Grace Choi
Omar Jadwat
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor New York, NY 10004
T: (212) 549-2660
*nzafar@aclu.org*
*gchoi@aclu.org*
*ojadwat@aclu.org*

Spencer Amdur
Oscar Sarabia Roman
Cody Wofsy
American Civil Liberties Union Foundation, Immigrants' Rights Project
425 California Street, 7th Floor San Francisco, CA 94104
T: (415) 343-0770
*samdur@aclu.org*
*osarabia@aclu.org*
*cwofsy@aclu.org*

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body contains 372 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

*/s/ Noor Zafar*
Noor Zafar

## CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2025, I electronically submitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to registrants entitled to receive it.

*/s/ Noor Zafar*
Noor Zafar