UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

PADRES UNIDOS DE TULSA, et al.,

v.

GENTNER DRUMMOND, et al.

Case No.  25-6080

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____Federation for American Immigration Reform_____
[Party or Parties]¹


_____

_____Amicus Curiae_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


__Matt A. Crapo_____ _____
Name of Counsel

__/s/ Matt Crapo_____
Signature of Counsel

Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC  20001
(571) 435-3582  (mobile)
Mailing Address and Telephone Number

__mcrapo@irli.org _____
E-Mail Address

_____

¹ Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_ September 5, 2025_____
Date

_ /s/ Matt Crapo_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒    All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance
Form to:

           [date]

_____

at_____,

the last known address/email address, by _____.

           [state method of service]

 September 5, 2025_____
Date

 /s/ Matt Crapo_____
Signature