UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Padres Unidos de Tulsa, et al

v.

Gentner Drummon, et al

Case No. 25-6080

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

State of Iowa, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, Guam, State of Idaho, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of West Virginia and State of Wyoming

[Party or Parties][1]

Amicus Curiae _____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Eric H. Wessan
Name of Counsel

/S/ Eric H. Wessan
Signature of Counsel

1305 E. Walnut St. Des Moines, IA 50319 515-823-9117
Mailing Address and Telephone Number

eric.wessan@ag.iowa.gov
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

9/5/2025
Date

Eric H. Wessan
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___9/5/2025_____ I sent a copy of this Entry of Appearance
               [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]

9/5/2025
_____
Date

Eric H. Wessan
_____
Signature