UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| PADRES UNIDOS DE TULSA, et al.<br><br>v.<br><br>GENTNER DRUMMOND, et al. | Case No. 25-6080 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____United States_____
[Party or Parties][1]

_____

_____Amicus Curiae_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Benjamin Hayes_____    _____
Name of Counsel                                                        Name of Counsel

_/s/Benjamin Hayes_____            _____
Signature of Counsel                                                 Signature of Counsel

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-8214

_____           _____
Mailing Address and Telephone Number      Mailing Address and Telephone Number

Benjamin.T.Hayes@usdoj.gov_____      _____
E-Mail Address                                                            E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 5, 2025
Date

 /s/ Benjamin Hayes
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
                [date]

_____

at_____,

the last known address/email address, by _____.
                                                          [state method of service]

September 5, 2025_____
Date

/s/ Benjamin Hayes_____
Signature