UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

PADRES UNIDOS DE TULSA, et al.

v.

GENTNER DRUMMOND, et al.

Case No.   25-6080

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States of America
_____
[Party or Parties][1]

_____

Amicus Curiae_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Mark R. Freeman
_____     _____
Name of Counsel                      Name of Counsel

/s/ Mark R. Freeman
_____     _____
Signature of Counsel                 Signature of Counsel

950 Pennsylvania Ave, NW, Washington DC 20530, tel. 202-514-5714
_____     _____
Mailing Address and Telephone Number  Mailing Address and Telephone Number

mark.freeman2@usdoj.gov
_____     _____
E-Mail Address                       E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

09/08/2025
Date

/s/ Mark R. Freeman
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

&boxtimes; All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
     [date]
_____

at_____,

the last known address/email address, by _____.
                [state method of service]

09/08/2025_____
Date

/s/ Mark R. Freeman_____
Signature