# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Padres Unidos de Tulsa, et al

v.

Gentner Drummond, et al

Case No. 25-6080

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Padres Unidos de Tulsa; League of United Latin American Citizens Oklahoma City;

[Party or Parties][1]

Barbara Boe; Christopher Coe

Appellees, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| Elissa Rae Stiles | Lorena Rivas |
|---|---|
| Name of Counsel | Name of Counsel |
| /S/ Elissa R Stiles | /S/ Lorena Rivas |
| Signature of Counsel | Signature of Counsel |
| PO Box 470348, Tulsa, OK 74147 | PO Box 470348, Tulsa, OK 74147 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| estiles@rivasassociates.com | lorena@rivasassociates.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

10/08/2025
Date

/S/ Elissa R Stiles
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
           [date]
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]

10/08/2025
_____
Date

/S/ Elissa R Stiles
_____
Signature