UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

PADRES UNIDOS DE TULSA, *et al.*

v.

GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, *et al*.

Case No. 25-6080

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: Padres Unidos de Tulsa; League of United Latin American Citizens Oklahoma City; and Barbara Boe and Christopher Coe, on behalf of themselves and all those similarly situated, who are plaintiffs in the above captioned case.

| | |
|---|---|
| Rebecca Barrett | Travis D. Handler |
| Name of Counsel | Name of Counsel |
| *(signature)* | /s/ Travis D. Handler |
| Signature of Counsel | Signature of Counsel |
| PO Box 13327, Oklahoma City, OK 73113 | PO Box 13327, Oklahoma City, OK 73113 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| rbarrett@acluok.org | thandler@acluok.org |
| E-Mail Address | E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

10/22/2025
Date

*Rebecca Brunett* (signature)
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
　　　　　　　　[date]
_____

at_____,

the last known address/email address, by _____.
　　　　　　　　　　　　　　　　　　　　[state method of service]

10/22/2025
_____
Date

_Rebecca Brutt_ (signature)
_____
Signature