No. 25-6080

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

PADRES UNIDOS DE TULSA, ET AL.;

*Plaintiffs-Appellees*,

V.

GENTNER DRUMMOND, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF OKLAHOMA, ET AL.;

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Western District of Oklahoma
5:24-cv-00511-J
(The Honorable Bernard M. Jones)

**MOTION OF THE UNITED MEXICAN STATES
FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

Luis Cortes Romero
Novo Legal Group, PLLC
19309 68th Ave S.
Ste. R102
Kent, WA 98032
Phone: (206) 212-0260

Amy Rubenstein, Esq.
Novo Legal Group, LLC
4280 Morrison Rd.
Denver, CO 80219
Phone: (303) 335-0250

*Attorneys for United Mexican States
as Amicus Curiae*

**MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Pursuant to F.R.A.P. 29.2(b), the United Mexican States moves for leave to file an amicus curiae brief supporting Plaintiffs-Appellants and affirm the District Court's decision. The Plaintiffs-Appellants consented to the United Mexican States' filing, but the Defendants-Appellees did not respond to the consent request.

**A. Interest of the Movant**

The United Mexican States has a direct and substantial interest in the outcome of this case. Mexico is the sovereign government of a nation whose nationals comprise a significant portion of the population residing in the United States, including in the State of Oklahoma. Many of the individuals most immediately and foreseeably affected by Oklahoma House Bill 4156 are Mexican nationals.

Mexico has a long-established diplomatic, legal, and consular relationship with the United States federal government for purposes of immigration enforcement and the protection of its nationals abroad. Under international treaty obligations, including the Vienna Convention on Consular Relations, Mexico maintains consular offices throughout the United States to monitor the treatment of its nationals and ensure compliance with international norms. State-level criminalization of immigration status, such as that imposed by HB 4156, impairs Mexico's consular functions, undermines established bilateral immigration frameworks, and creates inconsistency in treatment across U.S. jurisdictions.

ii

**B. Why the Amicus Brief is Desirable and Relevant**

This case directly concerns the allocation of immigration enforcement authority between federal and state governments—a division that has profound implications for Mexico's relationship with the United States. The *amicus* brief will assist the Court by providing critical historical, legal, and diplomatic context regarding why immigration enforcement has long been treated as a function of the federal government alone.

The Mexican government offers a perspective rooted in decades of bilateral engagement with the United States Executive Branch, encompassing cooperation across administrations of both countries. The brief will explain why the assertion of independent immigration enforcement authority by individual states threatens not only legal uniformity but also international diplomatic stability. It will further present data-driven evidence of how laws like H.B. 4156 create operational burdens on Mexico's consular resources, expose its nationals to disparate enforcement regimes, and hinder its ability to fulfill international obligations.

Mexico's submission does not duplicate the parties' arguments but offers a foreign sovereign's institutional perspective on the foreign relations and diplomatic disruptions that state-level immigration laws produce. This contribution is both desirable and highly relevant to the Court's preemption analysis and its resolution of the constitutional and practical questions presented in this case.

Accordingly, the United Mexican States respectfully requests that the Court grant this motion for leave to file its *amicus curiae* brief.

Respectfully submitted,

*/s/* Luis Cortes Romero
Luis Cortes Romero, Esq.
Amy Rubenstein, Esq.
Novo Legal Group, PLLC
Attorneys for Petitioners

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for movant, hereby certifies that on November 5, 2025, an identical electronic copy of the foregoing was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys

Date: November 05, 2025        */s/* Luis Cortes Romero
                                                 Luis Cortes Romero, Esq.
                                                 Novo Legal Group, PLLC
                                                 Attorney for *Amicus Curiae*