UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

**Padres Unidos De Tulsa**, *et al.*;

v.

**Gentner Drummond**, *et al.*

Case No. **25-6080**

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

**UNITED MEXICAN STATES**
[Party or Parties][1]

**AMICUS CURIAE** _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| Luis Cortes Romero | Amy Rubenstein |
| Name of Counsel | Name of Counsel |
| s/Luis Cortes Romero | s/Amy Rubenstein |
| Signature of Counsel | Signature of Counsel |
| | |
| Novo Legal Group, PLLC | Novo Legal Group, LLC |
| 19309 68th Ave S., Ste. R102 | 4280 Morrison Rd. |
| Kent, WA 98032 | Denver, CO 80219 |
| Phone: (206) 212-0260 | Phone: (303) 335-0250 |
| **Mailing Address and Telephone Number** | **Mailing Address and Telephone Number** |
| | |
| Luis@novo-legal.com | Amy@novo-legal.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 5, 2025
Date

s/Luis Cortes Romero
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐      On _____ I sent a copy of this Entry of Appearance Form to:
                                            [date]

_____

at_____,

the last known address/email address, by _____.
                                                             [state method of service]

November 5, 2025
Date

s/Luis Cortes Romero
Signature