# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

PADRES UNIDOS DE TULSA, et al.

v.                                              Case No. 25-6080

GENTNER DRUMMOND, et al.

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of ____American Immigration Lawyers Association_____
[Party Name(s)]

certifies[1] as follows:

> The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

 

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

_11/06/2025_____
Date

___/s/ Jonathan T. Weinberg_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Disclosure Statement
           [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

\_11/06/2025_____
Date

\_\_Jonathan T. Weinberg_____
Signature