UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

PADRES UNIDOS DE TULSA, et al.

v.

GENTNER DRUMMOND, et al

Case No. 25-6080

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

<u>American Immigration Lawyers Association</u>

[Party or Parties][1]

_____Amicus Curiae_____, in the above-captioned case(s).
       [Appellant/Petitioner or Appellee/Respondent]

<span style="color:red">Attorneys entering appearances must include their signatures below.</span>

___Jonathan T. Weinberg_____
Name of Counsel                                                            Name of Counsel

__/s/ Jonathan T. Weinberg_____
Signature of Counsel                                                       Signature of Counsel

Wayne State Univ. Law School
471 West Palmer Street
Detroit, MI 48202
(313) 577-4015
_____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

___weinberg@wayne.edu_____
E-Mail Address                                                                E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

\_\_\_November 4, 2025_____
Date

\_\_\_\_/s/ Jonathan T. Weinberg_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    ☒    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Entry of Appearance Form to:
                                  [date]

_____

at_____,

the last known address/email address, by _____.
                                                        [state method of service]


___ November 4, 2025_____
Date

___/s/ Jonathan T. Weinberg_____
Signature