IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **Padres Unidos de Tulsa**, *et al.*, ) | |
| ) | |
| **Plaintiffs-Appellees**, ) | |
| ) | |
| v.  ) | No. 25-6080 |
| ) | |
| **Gentner Drummond**, *et al.*, ) | |
| ) | |
| **Defendants-Appellants**. ) | |

### OKLAHOMA'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE REPLY BRIEF

Pursuant to 10th Cir. R. 27.6, Defendants–Appellants (herein, "Oklahoma") respectfully request additional time within which to file their reply brief in the above-captioned case—until not later than Thursday, December 4, 2025. In support, Oklahoma states the following:

1. Oklahoma's reply to Plaintiffs–Appellees' response brief is currently due on Wednesday, November 19, 2025. *See* Dkt. 58.

2. Counsel for Plaintiffs–Appellees have given their consent to the requested extension of time.

3. This Court previously granted Oklahoma an extension of 30 days within which to file its opening brief. Dkt. 28. In addition, this Court granted Plaintiffs–Appellees an extension of 30 days within which to file their response brief. Dkt. 36. No oral argument date has been set.

4.  Plaintiffs–Appellees filed their response brief on October 29, 2025. Dkt. 57. Under current deadlines, Oklahoma's reply brief will be due on November 19, 2025. *See* Fed. R. App. P. 31(a)(1).

5.  Several pressing work-related commitments will prevent counsel for Oklahoma from completing a reply brief by the current due date. The primary impediments are two oral arguments:

- In *McVay v. Cockroft* (Okla. No. 123,179), counsel for Oklahoma (Zach West) is scheduled to present oral argument to the *en banc* Oklahoma Supreme Court on November 18, 2025—the day before the reply is due in the present case.

- In *Bridge v. Oklahoma State Department of Education* (10th Cir. No. 24-6072), counsel for Oklahoma (Garry M. Gaskins, II) is scheduled to present oral argument to a panel of this Court in special sitting on November 20, 2025—the day after the reply is due in the present case.

On September 25, 2025, Oklahoma filed an unopposed request with the Oklahoma Supreme Court, asking that court to reschedule its November 18 *McVay* oral argument to an earlier or later date in view of the close proximity of this Court's previously scheduled argument in the *Bridge* appeal. *See* 10th Cir. R. 27.6(E)(1)(b). The Oklahoma Supreme Court, however, denied Oklahoma's unopposed motion in a September 26, 2025 order. Consequently, counsel for Oklahoma will be presenting oral

argument (in two different states) on the days immediately before and after the reply brief is due. The necessary preparation for the oral arguments will require a significant expenditure of time and resources by all attorneys involved in the present case.

These matters have limited undersigned counsel's ability to work on this case before the current briefing deadline. Thus, it will not be possible to file a proper brief on time, even exercising due diligence and giving priority to preparing the brief. Therefore, Oklahoma requests an extension of time, not greater than 15 days, in which to prepare its reply. (Although a shorter extension of time might suffice under other circumstances, the schedules of undersigned counsel will also be affected by family and travel plans during the Thanksgiving holiday week following the oral arguments.)

6. The requested extension will not appreciably delay resolution of the case, and counsel for Oklahoma will exercise diligence in preparing its brief in the time requested.

7. This motion complies with 10th Cir. R. 27.6(B), in that it is filed at least three days before the brief's due date.

8. For these reasons, Oklahoma respectfully requests an extension of 15 days—until Thursday, December 4, 2025—within which to file their reply brief.

Respectfully submitted,

s/ *Cullen D. Sweeney*

GARRY M. GASKINS, II
  *Solicitor General*
ZACH WEST
  *Director of Special Litigation*
CULLEN D. SWEENEY
  *Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Cullen.Sweeney@oag.ok.gov

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Docket Activity to the registered participants of the ECF system.

    s/ *Cullen D. Sweeney*