FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

November 13, 2025

Christopher M. Wolpert  
Clerk of Court

───────────────────────────────

PADRES UNIDOS DE TULSA, et al.,

    Plaintiffs - Appellees,

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, et al.,

    Defendants - Appellants,

and

STATE OF OKLAHOMA, et al.,

    Defendants.

-------------------------------

FEDERATION FOR AMERICAN IMMIGRATION REFORM, et al.,

    Amici Curiae.

No. 25-6080  
(D.C. No. 5:24-CV-00511-J)  
(W.D. Okla.)

───────────────────────────────

**ORDER**

───────────────────────────────

This matter is before the court on the *Motion of the United Mexican States for Leave to File Brief as Amicus Curiae* in which they seek leave to file an amicus brief in support of plaintiffs-appellees. The motion states that counsel for plaintiffs consented to the filing, but counsel for defendants did not respond to the consent request.

On November 5, 2025, the court directed defendants to respond to the amicus motion on or before November 10, 2025 and stated that, "[i]f a response is not filed by this deadline, the motion will be deemed unopposed." Defendants did not file a response in opposition to the amicus motion.

Accordingly, the court:

A. Deems the motion to be unopposed;

B. Provisionally grants the United Mexican States leave to file as amicus curiae in support of appellee, subject to reconsideration by the panel of judges that will later be assigned to hear this appeal on the merits; and

C. Directs its Clerk to accept the brief the United Mexican States submitted on November 5, 2025 as filed. *See* Fed. R. App. P. 29(a)(2); 10th Cir. R. 27.4(A)(6).

Appellants' reply brief remains due on December 3, 2025.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk