UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PADRES UNIDOS DE TULSA, *et al.*, <br><br> *Plaintiffs-Appellees,* <br><br> v. <br><br> GENTNER DRUMMOND, *et al.*, <br><br> *Defendants-Appellants.* | Case No. 25-6080 |

## OPPOSED MOTION TO POSTPONE ORAL ARGUMENT

Pursuant to Cir. R. 34.1(A)(3), Plaintiffs-Appellees respectfully move to reschedule oral argument in this case to the May argument session. Defendants-Appellants oppose this motion.

1.     Pursuant to a minute order dated January 14, 2026, this case is set for oral argument on March 16, 2026, at 9:00 a.m. in Denver, CO.

2.     Noor Zafar, the attorney who will argue on behalf of Plaintiffs-Appellees, is responsible for presenting oral argument in *Khan Suri v. Trump*, No. 25-1560 (4th Cir.), in Richmond, VA, on March 17, 2026. The work of Ms. Zafar on that matter limits her ability to work on this case before the current argument date. Additionally, Ms. Zafar is unavailable on March 19-20 in observance of Eid al-Fitr.

      3.        Plaintiffs-Appellees submit that this case should not be submitted on the briefs in lieu of rescheduling oral argument. This case raises the important issues of federal supremacy over immigration regulation, the Commerce Clause, and Plaintiffs-Appellees' standing and cause of action. Plaintiffs-Appellees believe the Court's consideration of these issues would benefit from argument. Defendants-Appellants agree that the case is not suitable for submission on the briefs.

      4.        Plaintiffs-Appellees therefore respectfully request that oral argument be set during the May argument session. This postponement will not appreciably delay resolution of the case, and counsel for Plaintiffs-Appellees will exercise diligence in preparing for oral argument. Defendants-Appellants are also available during the May argument session.

## CONCLUSION

For the foregoing reasons, this Court should postpone oral argument in this case to the May argument session.

Dated: January 16, 2026

Cody Wofsy
Spencer Amdur
Oscar Sarabia Roman
American Civil Liberties Union Foundation, Immigrants' Rights Project
425 California Street, 7th Floor San Francisco, CA 94104
T: (415) 343-0770
*cwofsy@aclu.org*
*samdur@aclu.org*
*osarabia@aclu.org*

Lorena Rivas
Elissa Stiles
Rivas & Associates
P.O. Box 470348
Tulsa, OK 74147
T: (918) 505-4870
*lorena@rivasassociates.com*
*estiles@rivasassociates.com*

Respectfully submitted,

*/s/ Noor Zafar*
Noor Zafar
Grace Choi Omar Jadwat
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor New York, NY 10004
T: (212) 549-2660
*nzafar@aclu.org*
*gchoi@aclu.org*
*ojadwat@aclu.org*

Megan Lambert
Travis Handler
Rebecca Barrett
American Civil Liberties Union of Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
T: (405) 525-3831
*mlambert@acluok.org*
*thandler@acluok.org*
*rbarrett@acluok.org*

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body contains 256 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

*/s/ Noor Zafar*
Noor Zafar

## CERTIFICATE OF DIGITAL SUBMISSION

All required privacy redactions have been made as required by 10th Cir. R. 25.5 and the ECF Manual. Additionally, this filing was scanned with AVG antivirus software on January 16, 2026.

*/s/ Noor Zafar*
Noor Zafar

## CERTIFICATE OF SERVICE

I hereby certify that, on January 16, 2026, I electronically submitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to registrants entitled to receive it.

*/s/ Noor Zafar*
Noor Zafar
