UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PADRES UNIDOS DE TULSA, *et al.*,<br><br>*Plaintiffs-Appellees,*<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*,<br><br>*Defendants-Appellants.* | Case No. 25-6080 |

**REPLY IN SUPPORT OF
MOTION TO POSTPONE ORAL ARGUMENT**

Defendants-Appellants contend they will be prejudiced by a postponement of oral argument. However, that contention is difficult to square with the manner in which they have litigated this appeal: Defendants-Appellants requested and obtained extensions of (1) 30 days to file their opening brief, and (2) 14 days to file their reply brief. *Padres Unidos de Tulsa v. Drummond*, No. 25-6080 (10th Cir. filed July 23, 2025), ECF Nos. 27, 28, 72, 73.

A postponement of argument for a similar amount of time will not materially delay resolution of this case.

**CONCLUSION**

For the foregoing reasons, this Court should postpone oral argument in this case to the May argument session.

1

Dated: January 20, 2026

Cody Wofsy
Spencer Amdur
Oscar Sarabia Roman
American Civil Liberties Union Foundation, Immigrants' Rights Project
425 California Street, 7th Floor San Francisco, CA 94104
T: (415) 343-0770
*cwofsy@aclu.org*
*samdur@aclu.org*
*osarabia@aclu.org*

Lorena Rivas
Elissa Stiles
Rivas & Associates
P.O. Box 470348
Tulsa, OK 74147
T: (918) 505-4870
*lorena@rivasassociates.com*
*estiles@rivasassociates.com*

Respectfully submitted,

*/s/ Noor Zafar*
Noor Zafar
Grace Choi Omar Jadwat
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor New York, NY 10004
T: (212) 549-2660
*nzafar@aclu.org*
*gchoi@aclu.org*
*ojadwat@aclu.org*

Megan Lambert
Travis Handler
Rebecca Barrett
American Civil Liberties Union of Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
T: (405) 525-3831
*mlambert@acluok.org*
*thandler@acluok.org*
*rbarrett@acluok.org*

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body contains 118 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

*/s/ Noor Zafar*
Noor Zafar

## CERTIFICATE OF DIGITAL SUBMISSION

All required privacy redactions have been made as required by 10th Cir. R. 25.5 and the ECF Manual. Additionally, this filing was scanned with AVG antivirus software on January 20, 2026.

*/s/ Noor Zafar*
Noor Zafar

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2026, I electronically submitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to registrants entitled to receive it.

*/s/ Noor Zafar*
Noor Zafar
