FILED  
United States Court of Appeals  
Tenth Circuit

January 29, 2026

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| PADRES UNIDOS DE TULSA, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Attorney General of Oklahoma, et al., <br><br> Defendants - Appellants, <br><br> and <br><br> STATE OF OKLAHOMA, et al., <br><br> Defendants. <br><br> ------------------------------ <br><br> FEDERATION FOR AMERICAN IMMIGRATION REFORM, et al., <br><br> Amici Curiae. | No. 25-6080 <br> (D.C. No. 5:24-CV-00511-J) <br> (W.D. Okla.) |

_____

**ORDER**

_____

This matter is before the court on *Appellees Opposed Motion to Postpone Oral Argument*, *Appellant's Response in Opposition to Motion to Postpone Oral Argument* and *Appellees Reply in Support of Motion to Postpone Oral Argument*. The motion is granted. Oral argument scheduled for March 16, 2026 is vacated and counsel scheduled to appear are excused from attendance at oral argument in Denver, Colorado. This matter

will be set for oral argument via Zoom on March 25, 2026 at 2 p.m. Mountain Time. Counsel will be notified by the clerk of additional argument information at a later date.

Entered for the Court

Per Curiam