

**Noor Zafar**
Senior Staff Attorney
Immigrants' Rights Project
ACLU National Legal Department

May 4, 2026

Christopher M. Wolpert
Clerk, U.S. Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Re:     *Padres Unidos de Tulsa, et al. v. Drummond, et al.*, No. 25-6080
        (Argument held March 25, 2026)
        Response to Appellants' Notice of Supplemental Authority

Dear Mr. Wolpert:

Pursuant to Rule 28(j), Plaintiff-Appellees write in response to Defendant-Appellants' Notice of Supplemental Authority, filed on April 30, 2026. ECF No. 96.

The recent decision of the *en banc* Court of Appeals for the Fifth Circuit does not aid Defendant-Appellants in this case. That decision held that nonprofit groups did not have *organizational* standing to challenge a Texas immigration law similar to H.B. 4156. *United States v. Texas*, No. 24-50149, 2026 WL 1122127, at *3 (5th Cir. Apr. 24, 2026). Organizational standing is not at issue in this case, where Plaintiff organizations assert only membership standing. JA133-34. Moreover, as Oklahoma rightly acknowledges, "the . . . majority grounded its decision solely on standing," ECF No. 96, at 1, and vacated the preliminary injunction "without addressing the merits of the preemption claim." *Texas*, 2026 WL 1122127, at *1.

Sincerely,

*/s/ Noor Zafar*
Noor Zafar
Senior Staff Attorney
American Civil Liberties Union Foundation,
Immigrants' Rights Project